No. 1024.  MEYERS *v.* UNITED STATES.  May 31, 1938. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Sixth Circuit denied. *Mr. Arthur H. Ratner* for petitioner. *Solicitor General Jackson,* and *Messrs. Hugh A. Fisher, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.